# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **SHERMAN ROBINSON, JR.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEPHANIE LORRAINE CORUM** )<br>**and CHARLES WALTER DIKSON,** )<br>**III, d/b/a Tri-Star Freight Systems,** )<br>**Inc.,** )<br>)<br>**Defendants.** ) | 1:06CV39 |

## O-R-D-E-R

THIS MATTER is before the Court on Swift Transportation Company, Inc.'s Motion to Intervene as a plaintiff in the above-captioned matter pursuant to Fed. R. Civ. P. 24(a) to protect its subrogation interest. Having considered this Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Swift Transportation Company, Inc.'s motion (Pleading No. 30) is **GRANTED.**

                                                   /s/ P. Trevor Sharp
                                          United States Magistrate Judge

Date: May 10, 2007